IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY C. MOORE,

    Plaintiff,

v.

TIM ZIGLER, JEREMY WRIGHT and
TOM SPEECH,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-769-slc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

_Peter Oppeneer_    2/16/10
Peter Oppeneer, Clerk of Court    Date